**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| RAVEN REED, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   CIVIL ACTION NO. AW-09-1162 |
| | * |
| CODE 3 SECURITY AND | * |
| PROTECTION SERVICES, INC., *et al.*, | * |
| | * |
| Defendants. | * |

*************************************************************************

# ORDER

For the reasons set forth in the foregoing Memorandum Opinion, IT IS this **18th day of December, 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED:**

1. That Defendants' Motion for Partial Dismissal of Plaintiffs' Class Action Complaint (Docket No. 10) BE, and the same HEREBY IS, **GRANTED IN PART** and **DENIED IN PART**, with the following results:

    a. Count I of Plaintiffs' Complaint is limited to allegations of violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, between May 6, 2006, and May 6, 2009;

    b. The Court will exercise supplemental jurisdiction over the state law claims in this case--the alleged violations of the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code Lab. & Empl. § 3-501, *et seq.* (Count II); alleged violations of the Maryland Wage and Hour Law

("MWHL"), Md. Code Lab. & Empl. § 3-401, *et seq.* (Count III); and *quantum meruit* (Count IV);

c. The alleged violations of the MWPCL in Count II remain insofar as they relate to under-compensation of terminated employees;

2. That the Court issue a scheduling order in this case; AND

3. That the Clerk of the Court transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Judge
